UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20063

JOE MYERESS,

    Plaintiff,

v.

TOP HOUSE PROPERTIES AND
INVESTMENTS CORP dba LUXURY
MIAMI VACATION RENTALS and
ROBERTO BARRETO,

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

    Plaintiff JOE MYERESS by and through his undersigned counsel, brings this Complaint against Defendants TOP HOUSE PROPERTIES AND INVESTMENTS CORP dba LUXURY MIAMI VACATION RENTALS and ROBERTO BARRETO for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

    1.    Plaintiff JOE MYERESS ("Myeress") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Myeress' original copyrighted Work of authorship in his Work.

    2.    Our client is an experienced professional photographer who makes a living from photography. Myeress is an experienced professional photographer who previously served in The United States NAVY as a photographer for 5 years. Myeress was 1 of 10 chosen military photographers to photograph President George H. Bush's Inauguration, and his images of this

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

event have become part of the National Archives. Myeress also photographed the Summit at the White House between President George Bush and President Mikhail Gorbachev of the Soviet Union.

3. Defendant TOP HOUSE PROPERTIES AND INVESTMENTS CORP DBA LUXURY MIAMI VACATION RENTALS ("THP") is a company that offers luxury vacation rentals in Miami, Florida that are conveniently located near the hottest spots in Miami.  The luxury properties tout pools and amenities, fresh linen and towels, free parking and free wi-fi, with safe and clean environments, family and kid-friendly, and fully-equipped units.  At all times relevant herein, THP owned and operated the internet website located at the URL www.rentinmiami.net (the "Website").

4. Defendant Roberto Barreto ("Barreto") is the president of THP and listed as the registrant of the Website.

5. Defendants THP and Barreto are collectively referred to herein as "Defendants."

6. Myeress alleges that Defendants copied Myeress' copyrighted Work from the internet in order to advertise, market and promote its business activities.  Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in Florida.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in

infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Top House Properties and Investments Corp dba Luxury Miami Vacation Rentals is a Florida Corporation, with its principal place of business at 4250 Biscayne Blvd, Apartment 816, Miami, Florida, 33137, and can be served by serving its Registered Agent, Mr. Roberto L. Barreto, 480 NE 31st Street, Apartment 901, Miami, Florida, 33137.

12. Roberto Barreto is an individual residing in Miami-Dade county, state of Florida and can be served at 480 NE 31st Street, Apartment 901, Miami, Florida, 33137.

## THE COPYRIGHTED WORK AT ISSUE

13. In 2009, Myeress created the photograph entitled aaa_nite, which is shown below and referred to herein as the "Work".



14. At the time Myeress created the Work, Myeress applied copyright management information to the Work consisting of the words "Joe Myeress Photography" with a camera icon to the lower right corner.

15. Myeress registered the Work with the Register of Copyrights on April 8, 2015 and was assigned the registration number VA 1-955-450. The Certificate of Registration is attached hereto as Exhibit 1.

16. Myeress' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

17. At all relevant times Myeress was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. On or about June 15, 2020, Myeress discovered the unauthorized use on the Website on the page for "Nearby Attractions," as well as on THP's social media pages, Facebook and Instagram.

21. Defendants copied Myeress' copyrighted Work without Myeress' permission.

22. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their luxury Miami rental property business.

23. Defendants copied and distributed Myeress' copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24. Myeress' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

26. Myeress never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27. Myeress notified Defendants of the allegations set forth herein on July 1, 2020 and July 29, 2020.  To date, the parties have failed to resolve this matter.  Copies of the Notices to Defendants are attached hereto as Exhibit 3.

28. When Defendants copied and displayed the Work at issue in this case, Defendants removed Myeress' copyright management information from the Work.

29. Myeress never gave Defendants permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

30. Myeress incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31. Myeress owns a valid copyright in the Work at issue in this case.

32. Myeress registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

33. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Myeress' authorization in violation of 17 U.S.C. § 501.

34. Defendants performed the acts alleged in the course and scope of its business activities.

35. Defendants' acts were willful.

36. Myeress has been damaged.

37. The harm caused to Myeress has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

38. Myeress incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

39. The Work at issue in this case contains copyright management information ("CMI").

40. Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

41. Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Myeress' rights in the Work at issue in this action protected under the Copyright Act.

42. Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Myeress' rights in the Work at issue in this action protected under the Copyright Act.

43. Myeress has been damaged.

44. The harm caused to Myeress has been irreparable.

WHEREFORE, the Plaintiff Joe Myeress prays for judgment against the Defendants Top House Properties and Investments Corp dba Luxury Miami Vacation Rentals and Roberto Barreto that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 6, 2021              Respectfully submitted,

/s/Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
MEIR TEITELBAUM

        Florida Bar Number:  1022915
        meir.teitelbaum@sriplaw.com

        **SRIPLAW**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        *Attorneys for Plaintiff Joe Myeress*